IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD HOROB,** | : | Civil No. 1:19-CV-0513 |
| **Petitioner,** | : | Judge Sylvia H. Rambo |
| v. | : | |
| **FEDERAL BUREAU OF PRISONS,** | : | |
| **Respondent.** | : | |

# **M E M O R A N D U M**

Presently before the Court for consideration is the *pro se* Petitioner Todd Horob's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.) On May 21, 2019, Respondent filed a response to the Petition. (Doc. 10.) Mr. Horob did not file a response. The matter is now ripe for adjudication.

For the following reasons, the Court will deny the Petition as moot as Mr. Horob is no longer in the Bureau of Prisons' (BOP) custody.

**II.    Background**

When the § 2241 Petition was filed, Mr. Horob was serving a 132-month federal sentence. (Doc. 10-1 at 6 and 10.) On April 4, 2019, pursuant to the Second Chance Act of 2007, Mr. Horob's Unit Team considered him for

Residential Reentry Center (RRC) placement. (*Id.* at 9-11 and 13-14.) His Unit Team recommended RRC placement in the range of 1-90 days. (*Id.*) Mr. Horob indicated he would not accept the placement. (*Id.* at 10.) The Unit Team then recommended that Mr. Horob "has been excluded from RRC placement due to his own refusal." (*Id.*)

Mr. Horob, who was previously held at USP-Allenwood, filed his Petition for habeas corpus shortly thereafter. (Doc. 1.) At the time, Mr. Horob's projected good conduct release date was June 29, 2019. (*Id.* at 5.) Mr. Horob was released from BOP custody on June 28, 2019. *See* https://www.bop.gov/inmateloc/ (Search: Todd Horob; last visited on August 22, 2019).

## III. Discussion

Article III of the United States Constitution limits the jurisdiction of the federal courts to cases or controversies. If developments occur during a case which render the court unable to grant a party the relief requested, the case must be dismissed as moot. *Hamilton v. Bromley*, 862 F.3d 329, 335 (3d Cir. 2017) (citing *Blanciak v. Allegheny Ludlum Co.*, 77 F.3d 690, 698-699 (3d Cir. 1996)).

Mr. Horob sought his immediate release to an RRC prior to his June 2019 release date. (Doc. 1, 4 and 7.) At the time of filing his petition, Mr. Horob was incarcerated at LSCI-Allenwood and his projected release date, via good conduct

time, was June 29, 2019.  (Doc. 10-1 at 5.)  Mr. Horob was released from BOP custody on June 28, 2019.  Mr. Horob has not notified the Court of his change of address; the Court does not have a current address for Mr. Horob and is now unable to communicate with him.

Accordingly, because Mr. Horob is no longer in BOP custody, and he has already obtained the relief that he sought, his release, the issues raised in the petition are now moot.  *See Buczek v. Maiorana* 526 F. App'x 152, 153-54 (3d Cir. 2013) (citing *Demis v. Sniezak*, 558 F.3d 508, 513 (6th Cir. 2009)) (petition challenging RRC placement rendered moot upon release).

An appropriate Order will issue.

Dated: August 30, 2019          <u>S/SYLVIA H. RAMBO</u>
                                              United States District Judge