IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD HOROB,** | : | Civil No. 1:19-CV-0513 |
| Petitioner, | : | Judge Sylvia H. Rambo |
| v. | : | |
| **FEDERAL BUREAU OF PRISONS,** | : | |
| Respondent. | : | |

# **O R D E R**

**AND NOW**, on this 30th day of August 2019, upon consideration of Mr. Horob's petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Memorandum issued this date, it is **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court shall **CLOSE** this case.

S/SYLVIA H. RAMBO
United States District Judge
